# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

IN RE: **MARC CAYCE**

Case Number: 25-49185 MAR
Chapter 13

Debtor.
Judge RANDON

_____/

## PROOF OF SERVICE

Documents Served:    Chapter 13 Plan and Worksheet

Date Served:    September 26, 2025

Parties Served:    All Parties on the attached Matrix

    I swear that the described document(s) were served by regular first class mail and/or electronically on the described parties on the stated date.

**/s/** Giovanna Mogielski
**Giovanna Mogielski**
ACCLAIM LEGAL SERVICES PLLC
8900 EAST THIRTEEN MILE ROAD
WARREN MI 48093
248-443-7033
filing@acclaimlegalservices.com