| | | |
|---|---|---|
| Label Matrix for local noticing<br>0645-2<br>Case 25-49185-mar<br>Eastern District of Michigan<br>Detroit<br>Fri Sep 26 16:45:43 EDT 2025 | Affirm, Inc.<br>Attn: Bankruptcy<br>650 California St, Fl 12<br>San Francisco, CA 94108-2716 | Capital Bank N.A.<br>2275 Research Blvd. Ste 600<br>Rockville, MD 20850-6238 |
| Capital One<br>Attn: Bankruptcy<br>P.O. Box 30285<br>Salt Lake City, UT 84130-0285 | Krispen S. Carroll<br>Office of The Chapter 13 Trustee<br>26999 Central Park Blvd<br>Ste 125<br>Southfield, MI 48076-4174 | Marc Cayce<br>14932 Artesian St.<br>Detroit, MI 48223-2280 |
| Comenity Bank<br>Attn: Bankruptcy<br>Po Box 182273<br>Columbus, OH 43218-2273 | Concora Credit<br>Attn: Bankruptcy<br>Po Box 4477<br>Beaverton, OR 97076-4401 | Current<br>Attn: Bankruptcy<br>217 Centre St #180,<br>New York, NY 10013-3624 |
| (p)DISCOVER FINANCIAL SERVICES LLC<br>PO BOX 3025<br>NEW ALBANY OH 43054-3025 | ECMC<br>Attn: Bankruptcy Department<br>PO Box 16408<br>Saint Paul, MN 55116-0408 | Education Department Office of General<br>400 Maryland Ave. SW Room 6E353<br>Washington, DC 20202-2110 |
| (p)EQUIFAX INC<br>1550 Peachtree Street NE<br>Atlanta, GA 30309 | Experian<br>PO Box 4500<br>Allen, TX 75013-1311 | Extra<br>Attn: Bankruptcy<br>150 Sutter Street, P.O. Box 372<br>San Francisco, CA 94104-0372 |
| First Progress<br>Attn: Bankruptcy<br>Po Box 84040<br>Sioux Falls, SD 57118-4040 | GG Capital Investments, LLC<br>7071 Orchard Lake Rd., Suite 250<br>West Bloomfield, MI 48322-3672 | GG Capital Investments, LLC<br>c/o Grand & Grand, PLLC<br>17251 W. 12 Mile Rd, Ste. 100<br>Southfield, MI 48076-2139 |
| Jefferson Capital Systems, Llc<br>Attn: Bankruptcy<br>200 14th Ave E<br>Sartekk, MN 56377-4500 | William D. Johnson<br>Acclaim Legal Services<br>8900 E. 13 Mile Rd.<br>Warren, MI 48093-2206 | LVNV Funding LLC/Resurgent Capital Servi<br>Resurgent Correspondence, Attn: Bankrupt<br>Po Box 1269<br>Greenville, SC 29602-1269 |
| LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Mercury/FBT<br>Attn: Bankruptcy<br>Po Box 84064<br>Columbus, GA 31908-4064 | Midland Credit Mgmt<br>Attn: Bankruptcy<br>Po Box 939069<br>San Diego, CA 92193-9069 |
| NAVY FCU<br>Attn: Bankruptcy<br>P.O.Box 3000<br>Merrifield, VA 22119-3000 | (p)SELF INC<br>901 E 6TH STREET SUITE 400<br>AUSTIN TX 78702-3241 | TransUnion Consumer Solutions<br>PO Box 2000<br>Chester, PA 19016-2000 |
| U.S. Department of Education<br>Attn: Bankruptcy<br>400 Maryland Avenue , Sw<br>Washington, DC 20202-0008 | US Attorney<br>ATTN: Civil Division<br>US Department of Education<br>211 W. Fort St., Ste. 2001<br>Detroit, MI 48226-3220 | (p)STATE OF MICHIGAN UNEMPLOYMENT INSURANCE<br>ATTN BANKRUPTCY UNIT<br>3024 W GRAND BLVD<br>SUITE 12-100<br>DETROIT MI 48202-6024 |

```
(p)UPGRADE  INC                        Wayne County Circuit Court
2 N CENTRAL AVE                        2 Woodward Ave., Courtroom 1807 CAYMC
10TH FLOOR                             Case No. 24-017306 CB
PHOENIX AZ 85004-4422                  Detroit, MI 48226-3437
```

             The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
             by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Discover Financial              Equifax Information Services, LLC     Self Financial/lead Ba
Attn: Bankruptcy                PO Box 740256                         901 E. 6th Street
Po Box 30943                    Atlanta, GA 30374                     Austin, TX 78702
Salt Lake City, UT 84130


Unemployment Insurance Agency   Upgrade, Inc.                         End of Label Matrix
Cadillac Place                  Attn: Bankruptcy                      Mailable recipients    31
3024 W. Grand Blvd.             275 Battery Street 23rd Floor         Bypassed recipients     0
Detroit, MI 48202               San Francisco, CA 94111               Total                  31
```