## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN

## COVER SHEET FOR AMENDMENTS

**Case Name:** Marc Cayce   **Case No.:** 25-49185 MAR

**DESCRIBE INFORMATION BEING AMENDED BY CHECKING APPLICABLE BOX(ES) BELOW:**

- ☐ **Amendment to Petition:**
  - ☐ Name ☐ Debtor(s) Mailing Address ☐ Alias
  - ☐ Signature ☐ Complying with Order Directing the Filing of Official Form(s)
- ☐ **Summary of Your Assets and Liabilities and Certain Statistical Information**
- ☐ **Statement of Financial Affairs**
- ☑ **Schedules and List of Creditors:**
  - ☐ Schedule A/B
  - ☐ Schedule C   ☐ Debtor 2 Schedule C
  - ☐ List of Creditors ☐ Schedule D ☐ Schedule E/F and
    - ☐ Add creditor(s), provide address of creditor already on the List of Creditors, change amount or classification of debt - **$34.00 Fee Required**, or
    - ☐ Change address of a creditor already on the List of Creditors - **No Fee Required**
  - ☐ Schedule G
  - ☐ Schedule H
  - ☑ Schedule I
  - ☐ Schedule J
  - ☐ Schedule J-2
  - ☐ Declaration About an Individual Debtor's Schedules

**NOTE: Use Page 2 for any corrections or additions to the List of Creditors.**

**Additional Details of Amendment(s):**

| ➡ | **DECLARATION OF ATTORNEY:** I declare that the above information contained on this cover sheet may be relied upon by the Clerk of the Court as a complete and accurate summary of the information contained in the documents attached. |
|---|---|
| **Date** October 20, 2025 | **Signature** /s/ William D. Johnson |
| ➡ | **AFFIRMATION OF DEBTOR(S):** I declare under penalty of perjury that I have read this cover sheet and the attached schedules, lists, statements, etc., and that they are true and correct to the best of my knowledge, information and belief. |
| **Date** October 20, 2025 | **Signature** /s/ Marc Cayce |

## CORRECTIONS TO THE LIST OF CREDITORS

**Use this section to make corrections to the name(s) and address(es) of any creditor(s) listed on the current schedules and List of Creditors.**

| PREVIOUS NAME/ADDRESS OF CREDITOR: | PLEASE CHANGE TO: |
|---|---|
| | -NONE- |

## ADDITIONS TO THE LIST OF CREDITORS

**Use this section to identify creditors added to the schedules and List of Creditors.**

**NAME OF CREDITOR:** _____

**ADDRESS:** _____

**NAME OF CREDITOR:** _____

**ADDRESS:** _____

**NAME OF CREDITOR:** _____

**ADDRESS:** _____

*FOR ADDITIONAL CORRECTIONS/ADDITIONS, COPY THIS SHEET AND CONTINUE.*