# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

IN RE: **MARC CAYCE**

Case Number: 25-49185 MAR
Chapter 13
Debtor.
Judge RANDON

_____/

## PROOF OF SERVICE

Documents Served:    Cover Sheet for Amendments- Amended Schedule I

Parties Served:    Chapter 13 Standing Trustee
Krispen Carroll, Standing Chapter 13 Trustee
26999 Central Park Blvd.
Suite 125N
Southfield, MI 48076

I hereby certify that on October 20, 2025, I electronically filed and/or mailed by the U.S. Postal Service the above document(s) to the above party**.**

/s/ Giovanna Mogielski
**Giovanna Mogielski, Paralegal**
Acclaim Legal Services, P.L.L.C.
8900 East Thirteen Mile Road
Warren MI 48093
248-443-7033
filing@acclaimlegalservices.com