UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

In re:  
**MARC CAYCE**,  
Debtor.  
_____/

Case No. **25-49185 MAR**  
(Chapter 13)

Bankruptcy Judge Mark Randon

OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN

**GG Capital Investments, LLC** for its objection to confirmation of Debtors' proposed Chapter 13 plan, states:

1. **GG Capital Investments, LLC** is a Michigan Limited Liability Corporation with a principal office in Southfield Michigan.
2. Debtor is an individual residing at 14932 Artesian, Detroit MI 48223. Debtors commenced this case by filing petition under Chapter 13 of the federal Bankruptcy Code on **September 12, 2025**.
3. **Krispen S. Carroll,** is the standing trustee appointed to administer this case.
4. **GG Capital Investments, LLC** is a secured creditor of Debtors holding a claim in the amount of $125,775.12 plus post petition interest, costs, and attorney fees.
5. On March 7, 2025 GG Capital Investments, LLC obtained a Judgment of Foreclosure against Debtor which confirmed that interest continues to accrue at the rate of 15% per annum. See Judgment attached as Exhibit "A".
6. The property is the principal residence of Debtor as acknowledged by the Debtor's schedules
7. **GG Capital Investments, LLC's** claim can not be modified pursuant to 11 USC 1322(b)(5).
8. GG Capital Investments, LLC's claim should be classified as either a Class 4.1 or Class 4.2 claim due to the full amount of the claim being currently due and owing with no setoffs as adjudicated by the Wayne County Circuit Court Judgment.
9. Debtor's proposed monthly plan payment is insufficient to even pay **GG Capital Investments, LLC**'s claim during the 60 month plan period.
10. To pay GG Capital Investments, LLC's claim within the plan period will require monthly plan payments of $3,000.00 even without considering any payments for unsecured creditors.
11. GG Capital Investments, LLC does not accept Debtors' proposed plan.
12. Accordingly GG Capital Investments, LLC objects to confirmation of Debtors' proposed plan as noted above and based upon on the following grounds:
    a. The plan does not comply with the applicable provisions of the federal Bankruptcy Code.

b.  The plan does not propose to pay all of the debtors' projected disposable income to the trustee during the applicable commitment period, namely, three years after confirmation.
    c.  The plan is not feasible.

**GG Capital Investments, LLC** requests this court to enter an order

   A.  denying confirmation of Debtors' proposed plan; and
   B.  granting any other relief that the court deems just and proper.


                              **Grand & Grand PLLC**

Dated: November 6, 2025                      **/s/ Joel E. Grand**
                                                    **Joel E. Grand P51261**
                                                    Attorney for creditor
                                                    **17251 W. 12 Mile Rd, Ste 100**
                                                    **Southfield MI 48076**
                                                    **248 538-3737**
                                                    **Joel@GrandandGrand.com**