STATE OF MICHIGAN
IN THE 3rd JUDICIAL CIRCUIT COURT

GG Capital Investments, LLC              Case No.: 24-017306-CB
    Plaintiff,                                              Judge: Annette J. Berry
- vs -
MARC CAYCE and
14932 ARTESIAN, LLC
FOREMOST ENTERTAINMENT MEDIA GRP LLC
    Defendants.
_____/

Joel E. Grand (P51261)                  Marc Cayce
Grand & Grand PLLC                    14932 ARTESIAN, LLC and Foremost
                                           Entertainment Media Grp LLC
Attorneys for Plaintiff                  in pro per
17251 W. 12 Mile Rd, Ste 100       14932 Artesian
Southfield MI 48076                     Detroit MI 48223
Joel@GrandandGrand.com
(248) 538-3737
99505
_____/

## ORDER GRANTING PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANTS PURSUANT TO OF FORECLOSURE

At a session of said Court, held on
the date set forth below.    3/7/2025

PRESENT: HONORABLE Annette J. Berry

This mater having come before this Court for a hearing, the parties having been given an opportunity to be heard and for all the reason sets forth in Plaintiff's motion and on the record,

IT IS HEREBY ORDERED that Plaintiff's Motion for Default Judgment Pursuant to MCR 2.603(B)(3) is granted against MARC CAYCE, 14932 ARTESIAN, LLC and FOREMOST ENTERTAINMENT MEDIA GROUP LLC (the "Defendants");

IT IS FURTHER ORDERED the mortgage granted by Defendant 14932 ARTESIAN, LLC to GG CAPITAL INVESTEMENTS, LLC, dated December 20, 2017 and recorded on January 17, 2018 in Liber 54172, Page 163 Wayne County Records(the "Mortgage"), is a valid first lien on the real property particularly described below.

IT IS FURTHER ORDERED that the entire unpaid balance of the mortgage debt has been accelerated and is due and payable, in the amount of $103,622.72, as of January 29, 2025, with interest accruing at a contractual annual rate of 15%.

IT IS FURTHER ORDERED that Defendants, MARC CAYCE, 14932 ARTESIAN, LLC and FOREMOST ENTERTAINMENT MEDIA GROUP LLC , are jointly liable for the mortgage debt.

IT IS FURTHER ORDERED that any sum or sums paid at any time after the foreclosure sale, as taxes assessed against the property and/or the portion of premium of any insurance policy covering any buildings located on the premises as is required to keep the policy in force until the expiration of redemption, if under the terms of the mortgage it would have been the duty of the Defendant, MARC CAYCE, 14932 ARTESIAN, LLC  and FOREMOST ENTERTAINMENT MEDIA GROUP LLC , to be personally liable to pay such sums had the mortgage not been foreclosed, and if such sums are paid prior to entry of an Order Confirming Sale, the Order Confirming Sale shall reflect such advances and the amount needed to be redeemed shall be adjusted accordingly.

IT IS FURTHER ORDERED that any sum or sums paid at any time after the foreclosure sale, as taxes assessed against the property and/or the portion of premium of any insurance policy covering any buildings located on the premises as is required to keep the policy in force until the expiration of redemption, if under the terms of the mortgage it would have been the duty of the Defendant, MARC CAYCE, 14932 ARTESIAN, LLC  and FOREMOST ENTERTAINMENT MEDIA GROUP LLC , to be personally liable to pay such sums had the mortgage not been foreclosed, and if such sums are paid after entry of an Order Confirming Sale, proof of payment of such sums may be filed with the Register of Deeds with whom the deed of sale is deposited, along with an affidavit of payment by the purchaser or someone on its behalf with a receipt

evidencing payment and any other affidavits that are required pursuant to MCL § 600.3145 and said sums shall be added to the amount needed to redeem the property.

IT IS FURTHER ORDERED that, if Plaintiff so elects, the interest(s) of Defendant in the real property commonly known as 14932 Artesian, Detroit MI 48223 and particularly described below, is subject to sale as provided below, if the sums owing are not paid in full within 21 days from the date of this judgment.

IT IS FURTHER ORDERED that if the sums owing are not paid in full within 21 days from the date of this judgment, the premises may be sold as a single parcel at public auction, by the Wayne County Sheriff, or their duly authorized Deputies.

IT IS FURTHER ORDERED that, notwithstanding the preceding two (2) paragraphs, if the Defendant brings into Court the principal and interest due with costs, the proceedings in the action shall be stayed, but the Court shall enter a judgment of foreclosure and sale to be enforced by a further order of the Court upon a subsequent default in the payment of any portion or installment of the principal, or of any interest thereafter to become due, pursuant to MCL § 600.3120.

IT IS FURTHER ORDERED that the Plaintiff, the Sheriff or the Clerk shall give public notice of the sale in accordance with the rules of the Court and MCL § 600.3101, et seq., MCL § 600.3125, MCL § 600.6052 and MCL § 600.6091, by publishing and posting the following, with dates to be added at a later time:

> Wayne County Circuit Court Case No. 24-017306-CB
> NOTICE OF JUDICIAL SALE
> The property described below shall be sold at public auction, by an authorized sheriff/deputy sheriff or county clerk/deputy county clerk, to the highest bidder, at the Circuit Court for the County of Wayne, on the _____ of _____, 202___ at _____ am, local time. On said day at said time, the following described property shall be sold: property located in the City of Detroit County of Wayne State of Michigan, particularly described as:
> Lot 801, Rosedale Park Subdivision, according to the plat thereof, as recorded in Liber 37, Pages 74 & 75, Wayne County Records
> More commonly known as: 14932 Artesian, Detroit MI 48223
> This notice is from a debt collector.

Date of Notice: _____

Grand & Grand PLLC

IT IS FURTHER ORDERED that Plaintiff may become the purchaser at sale and that the sale shall not be held, prior to six (6) months from the filing of the Complaint in this action.

IT IS FURTHER ORDERED that the Clerk or Sheriff shall pay Plaintiff, out of the proceeds of the sale, the full amount of the debt or so much of the debt as the proceeds will pay and that, if moneys from the sale are not sufficient to pay the debt in full, that Plaintiff shall be entitled to a deficiency judgment against Defendants, MARC CAYCE, 14932 ARTESIAN, LLC and FOREMOST ENTERTAINMENT MEDIA GROUP LLC , if Plaintiff so elects, and that, if there are surplus proceeds over or above the balance due Plaintiff, the Clerk or the Sheriff shall deposit the same with the Court, until further order of the Court.

IT IS FURTHER ORDERED that the Clerk or Sheriff shall execute a deed to Purchaser at the time of the sale and shall also execute a Clerk's or Sheriff's Report of Sale, setting forth the particulars of the sale and that Plaintiff, if it so elects, or the successful purchaser, may notice the Report of the Sale for confirmation by the Court.

IT IS FURTHER ORDERED that the Clerk or Sheriff shall promptly return the executed deed and Report of Sale to the purchaser so that purchaser can record the deed within 20 days of the date of sale, in compliance with MCL 600.3130(2).

IT IS FURTHER ORDERED that the Defendant and anyone claiming under or through him shall be barred from all equity or right of redemption, six (6) months after the date of sale, unless the property is redeemed, prior to that date and that the Purchaser at the sale shall be entitled to possession of the premises after expiration of the redemption period, upon presentation of the deed and a copy of the Order Confirming Report of Sale.

IT IS FURTHER ORDERED that the premises to be sold, if the balance is not paid, is located in the City of Detroit, County of Wayne State of Michigan, which is particularly described as:

> Lot 801, Rosedale Park Subdivision, according to the plat thereof, as recorded in Liber 37, Pages 74 & 75, Wayne County Records
> More commonly known as: 14932 Artesian, Detroit MI 48223

Tax Item No. 084637 / Ward 22

IT IS FURTHER ORDERED that upon confirmation of the Report of Sale, if the entire amount due and owing to the Plaintiff pursuant to this judgment is left unpaid after applying the amount received upon the sale of the premises, the clerk of the Court shall issue execution for the amount of the deficiency, upon the application of the attorney for the Plaintiff, if Plaintiff so elects, without notice to Defendant, MARC CAYCE, 14932 ARTESIAN, LLC and FOREMOST ENTERTAINMENT MEDIA GROUP LLC, or his attorney, pursuant to MCL § 600.3150.

IT IS FURTHER ORDERED that a certified copy of this judgment shall be recorded with the Wayne County Register of Deeds.

IT IS FURTHER ORDERED that Plaintiff, if it so elects, may file a post-judgment motion to confirm any future foreclosure sale, as required by law.

IT IS SO ORDERED.

This order may be recorded with the Wayne County Register of Deeds.

This Order resolves the last pending claim and closes the case.

Dated: 3/7/2025

/s/ Annette J. Berry
March 7, 2025
Hon: Annette J. Berry

---

No. A 141058      E-314 BK.

STATE OF MICHIGAN, } ss.
County of Wayne

24-017306-CB

**CERTIFIED COPY—"LAW"**

I, CATHY M. GARRETT, Clerk of Wayne County, and Clerk of the Circuit Court for the County of Wayne, do hereby certify, that the above and the foregoing is a true and correct copy of _Order Granting Plaintiff's Motion for Default Judgment Against Defendants Pursuant to Judgment of Foreclosure_ entered in the above entitled cause by said Court, as appears of record in my office. That I have compared the same with the original, and it is a true transcript therefrom, and of the whole thereof.

In Testimony Whereof, I have hereunto set my hand and affixed the seal of said Court and County, at Detroit, this day of MAY 16 2025 A.D. 20___

Fee, $ 15

CATHY M. GARRETT, Clerk

_Julianne Newton_, Deputy Clerk

